NUMBER 13-99-121-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


WILLIAM D. BONILLA, A/K/A WILLIAM D. BONILLA, SR.
, Appellant,


v.



ARROWHEAD PORTFOLIO, L.L.C.
, Appellee.

____________________________________________________________________


On appeal from the 148th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and Yanez


Opinion Per Curiam


 Appellant, WILLIAM D. BONILLA, A/K/A WILLIAM D. BONILLA,
SR., perfected an appeal from a judgment entered by the 148th District
Court of Nueces County, Texas, in cause number 97-2754-E. After the
cause was submitted to the Court and after the appeal was abated for
settlement, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that this case has been resolved and appellant
no longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
appeal should be reinstated, and the motion should be granted. The
appeal is hereby REINSTATED. Appellant's motion to dismiss is
granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th day of October, 2000.